**No. 1, Original. State of Wisconsin, et al., Plaintiffs v. State of Illinois and Metropolitan Sanitary District of Greater Chicago, et al.**

**No. 2, Original. State of Michigan, Plaintiff v. State of Illinois and Metropolitan Sanitary District of Greater Chicago, et al.**

**No. 3, Original. State of New York, Plaintiff v. State of Illinois and Metropolitan Sanitary District of Greater Chicago, et al.**

559 U.S. 1091, 130 S. Ct. 2397, 176 L. Ed. 2d 765, 2010 U.S. LEXIS 3562.

April 26, 2010. Motion of Michigan to reopen and for a supplemental decree de-

nied. The alternative motion for leave to file a bill of complaint is denied.